

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Zachary Isacc Winegeart,

Vs. No. 11-19-00299-CR

The State of Texas,

\* From the 91st District Court
of Eastland County,
Trial Court No. 22505.

\* March 19, 2020

\* Per Curiam Memorandum Opinion
(Panel consists of: Stretcher, J.,
Wright, S.C.J., sitting by assignment,
and Judge Trotter, sitting by
assignment)
(Bailey, C.J., and Willson, J.,
not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the court costs of $705.98. We also delete the fine of $2,000 and the assessment of attorney's fees in the amount of $400 from the bill of cost. As modified, we affirm the judgment of the trial court.